IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES E. JENKINS             *

         Plaintiff     *

v.                           *   Civil No. JFM 00-3162

PATUXENT INSTITUTION         *

         Defendant     *

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion for Enlargement of Time to Respond to Complaint and any response filed thereto, it is this ____ day of _____, 2000, by the United States District Court for the District of Maryland,

ORDERED, that the time for the Defendant to respond to the complaint is enlarged to and including December 8, 2000.

_____
J. Frederick Motz
United States District Judge