false
false
false
false
false
false
false

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES E. JENKINS | * | |
| | * | |
| v. | * | Civil No. JFM-00-3162 |
| | * | |
| PATUXENT INSTITUTION | * | |
| | ***** | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 30 A 10: 54
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of August 2001

ORDERED

1. Defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

_____
J. Frederick Motz
United States District Judge

